**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 247 EAL 2019
:
               Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
          v. :
:
:
TYREE MILES, :
:
               Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 19th day of August, 2019, the Petition for Allowance of Appeal is

**DENIED**.